**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Crim. No. 25-cr-349 (SLS)** |
| | : | |
| **RAYVON L. HARRIS,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO DISMISS INDICTMENT**

The United States of America, by its undersigned counsel and pursuant to Fed. R. Crim. P. 48(a), hereby files this Consent Motion to Dismiss Indictment. In particular, the government states as follows:

1. As the Court knows, the defendant is currently charged by indictment with Unlawful Possession of a Firearm and Ammunition by Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year in violation of 18 U.S.C. Section 922(g) and related charges.
2. Following the motions hearing in this case and a re-evaluation of the case, the government has determined to dismiss all charges in the indictment against the defendant. Accordingly, the government requests that the Court dismiss the indictment in this matter without prejudice.
3. The defendant, through counsel, consents to the relief requested in this motion.

WHEREFORE, the government asks that the Court grant the relief requested in this motion.

Respectfully submitted,

JEANINE F. PIRRO
United States Attorney for the District of Columbia

/s/ Nihar Mohanty

NIHAR MOHANTY
D.C. Bar No. 436-686
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, N.W., Fifth Floor
Washington, DC 20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Crim. No. 26-cr-349 (SLS)** |
| | : | |
| **RAYVON L. HARRIS,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the Consent Motion to Dismiss Indictment, and the entire record, it is this ____ day of September, 2026, ORDERED:

1. That the indictment filed in this matter is hereby dismissed without prejudice.

SPARKLE L. SOOKNANAN,
United States District Court Judge